**COLORADO DIVISION OF EMPLOYMENT AND TRAINING, DEPARTMENT OF LABOR AND EMPLOYMENT, Petitioner-Appellant,**

v.

**The INDUSTRIAL COMMISSION OF the STATE OF COLORADO, and Hilltop Rehabilitation Hospital, Respondents-Appellees.**

No. 85SA213.

Supreme Court of Colorado, En Banc.

Sept. 29, 1986.

Duane Woodard, Atty. Gen., Charles B. Howe, Deputy Atty. Gen., Richard H. Forman, Sol. Gen., Mary Karen Maldonado, Asst. Atty. Gen., Denver, for petitioner-appellant.

Williams, Turner & Holmes, P.C., John P. Gormley, Grand Junction, for respondent-appellee Hilltop Rehabilitation Hosp.

No appearance for respondent-appellee The Industrial Com'n of State of Colo.

ERICKSON, Justice.

We accepted jurisdiction in *Colorado Division of Employment & Training v. Industrial Commission* from the court of appeals because the issue presented for review is identical to the issue addressed in *Colorado Division of Employment & Training v. Parkview Episcopal Hospital*, 725 P.2d 787 (Colo.1986). For the reasons stated in *Parkview*, the decision of the Industrial Commission is reversed.